UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:   CASE NO.: 20-23123-LMI

ALEXANDER PETER MARTINEZ   In proceedings under Chapter 11

Debtor.
_____/

### MOTION TO DISMISS FILED BY ALEXANDER MARTINEZ

Alexander Peter Martinez ( the "Debtor") files this Motion to Dismiss and as grounds therefore would state:

1. On November 30, 2021, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11 Subchapter V, Title 11 of the United States Code. The Debtor is continuing to operate its business and manage his affairs as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor is a Certified Public Accountant ("CPA") in the business of providing accounting and tax services to individual and corporate clients.

3. The Debtor has entered into a settlement agreement with his potentially largest creditor, International Finance Bank, subject to this court's approval. The parties have been in litigation in state court for many years and are now desirous of resolving the state court litigation. Debtor has only two (2) other additional creditors which are JP Morgan Chase Bank N.A. (Claim 4 $7,628.93) and the Internal Revenue Service (Claim 7 $31,058.73).

4. Debtor has two (2) outstanding administrative claims which are the Sub chapter V Trustee, Maria Yip, in the approximate amount of $8,145.00 and Debtor's counsel, Susan D. Lasky in the approximate amount of $10,000.00 less her retainer of $7,500.00.

5. Debtor is prepared to pay the settlement amount and administrative claims in this case simultaneously with the dismissal of this proceeding. He then believes he can make arrangements to pay the outstanding unsecured claims without the need for reorganization.

6. The Debtor will have filed his monthly operating reports and has the the sums necessary to implement settlement and pay administrative claims .

7. No quarterly fees are due to the office of the United States trustee as this is a proceeding under Subchapter V.

8. Debtor believes dismissal is in the best interests of all creditors.

WHEREFORE the Debtor respectfully requests the dismissal of this case subsequent to the approval of the settlement with IFB and such other relief as the court deems just.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the Office of the United States Trustee and to the attached list on this 13 $^{TH}$ day of May, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

SUSAN D. LASKY, PA
Attorney for Debtor
320 SE 18th St
Fort Lauderdale, FL  33316
(954) 400 7474 (954) 206-0628 Fax
Sue@SueLasky.com

By:: *s/ Susan D. Lasky, Esq.*
SUSAN D. LASKY, ESQ.
Florida Bar No. 451096

Susan D. Lasky, Esq on behalf of Debtor Alexander Peter Martinez
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

William M. Tuttle, ll on behalf of Creditor International Finance Bank
wmtuttle@bellsouth.net

Maria Yip
trustee@yipcpa.com, mmy@trustesolutions.net;cmmy11@trustesolutions.net

```
Label Matrix for local noticing          International Finance Bank              Miami dade county tax collector (windley)
113C-1                                   c/o William M Tuttle II                 200 NW 2nd Avenue, Suite 430
Case 20-23123-LMI                        700 S Dixie Hwy #200                    Miami, FL 33128-1733
Southern District of Florida             Coral Gables, FL 33146-2602
Miami
Wed Dec 16 15:46:12 EST 2020

(p)AMERICAN HONDA FINANCE                (p)CCO MORTGAGE CORP                    CCO Mortgage Corp.
P O BOX 168088                           10561 TELEGRAPH RD                      Po Box 6260
IRVING TX 75016-8088                     GLEN ALLEN VA 23059-4577                Glen Allen, VA 23058-6260


(p)JPMORGAN CHASE BANK  N A              Citibank/Best Buy                       Citibank/Best Buy
BANKRUPTCY MAIL INTAKE TEAM              Citicorp Credit Srvs/Centralized Bk dept Po Box 6497
700 KANSAS LANE FLOOR 01                 Po Box 790034                           Sioux Falls, SD 57117-6497
MONROE LA 71203-4774                     St Louis, MO 63179-0034


Civil Process Clerk                      Edward A Martinez Esq                   (p)INTERNAL REVENUE SERVICE
US Attys Office                          The Martinez Law Center LLC             CENTRALIZED INSOLVENCY OPERATIONS
99 NE 4 Street                           159 Madeira Ave Suite 1                 PO BOX 7346
Suite 300, Civil Division                Miami, FL 33134-4515                    PHILADELPHIA PA 19101-7346
Miami, FL 33132-2131


IRS                                      Internal Revenue Service                Internal Revenue Svc
POB 7317                                 Department Of The Treasury              POB 7346
Philadelphia, PA 19101-7317              Atlanta, Ga, GA 33901-0025              Philadelphia, PA 19101-7346


International Finance Bank               JPMorgan Chase Bank, N.A.               Miami Dade County Tax Collector (Windley)
c.o William Tuttle II PA                 s/b/m/t Chase Bank USA, N.A.            200 NW 2nd Avenue, Suite 430
700 S Dixie Hwy                          c/o National Bankruptcy Services, LLC   Miami, Florida 33128-1733
Suite 200                                P.O. Box 9013
Miami, FL 33146-2602                     Addison, Texas 75001-9013


Office of the US Trustee                 Securities and Exchange Commission      Special Asst United States
51 S.W. 1st Ave.                         Miami Regional Office                   Assoc Area Counsel (SBSE) - Ft Laud
Suite 1204                               Eric I. Bustillo, Regional Director     1000 S Pine Island Rd
Miami, FL 33130-1614                     801 Brickell Ave., Suite 1800           Suite 300
                                         Miami, FL 33131-4901                    Fort Lauderdale, FL 33324-3910


Special Asst United States               The Honorable Ariana Fajardo Orshan, US The Honorable William Barr, US Atty Gene
Assoc Area Counsel (SBSE) Miami          Southern District of Florida            Main Justice Bldg
POB 9, Stop 8000                         99 NE 4 St                              9500 Pennsylvania Ave NW
51 SW 1 Ave                              Miami, FL 33132-2131                    Room 4400
Miami, FL 33130-1608                                                             Washington, DC 20530-0001


Alexander Peter Martinez                 Maria Yip                               Susan D. Lasky Esq
300 Aragon Ave Suite 210                 2 S. Biscayne Blvd #2690                320 SE 18 Street
Coral Gables, FL 33134-5047              Miami, FL 33131-1815                    Fort Lauderdale, FL 33316-2818
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | IRS<br>Insolvency Support Group<br>Stop 5730<br>7850 SW 6 Ct Room 165<br>Fort Lauderdale, FL 33318 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Alex P Martinez CPA PA | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     2<br>Total                  28 |