

ORDERED in the Southern District of Florida on June 15, 2021.

*Laurel M Isicoff*

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO.: 20-23123-LMI

ALEXANDER PETER MARTINEZ  In proceedings under Chapter 11

     Debtor.
_____/

### ORDER DISMISSING BANKRUPTCY CASE

THIS CAUSE came before the Court for hearing on June 8, 2021 upon the Debtor's Motion to Dismiss Case (ECF 61). The Court, having reviewed the file, and for the reasons stated on the record,

**ORDERS** as follows:

1. The instant Chapter 11 Bankruptcy Case is hereby **DISMISSED.**

2. The Debtor shall file with the Court all pending monthly operating reports through the date of dismissal, indicating the cash disbursements for the relevant periods since the period reported on the last Debtor-in-Possession report filed by the Debtor.

3. Debtor shall pay all administrative fees awarded by the Court, including the

      Subchapter V trustee fees and debtor's counsel's fees.

4.    The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by:  Susan D Lasky, Esq.
                320 SE 18th Street
                Ft Lauderdale, FL 33316
                954-400-7474

Copies to (Via Clerk of Courts):
        All parties that appeared via CM/ECF
        Debtor
        All creditors as listed on the Creditor Mailing Matrix